# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

Lisa Jo Pressman
  **Plaintiff(s)**


   **v.**

            **Civil Action No. 1:24-cv-12885-FDS**



SN Servicing Corporation et al
  **Defendant(s)**

_____


### ORDER OF DISMISSAL


**Saylor, C. J.**


In accordance with the Court's ORDER dated March 27, 2026 (Dkt. No. 56), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


          By the Court,



3/27/2026          /s/ Melonie Cooke
Date             Deputy Clerk